UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA


FILED
NOV -6 2019
PATRICK KEANEY
Clerk, U.S. District Court
By_____ Deputy Clerk

_Rodney Hughes_, Plaintiff(s)
(Full Name)

v.

_Oklahoma Veterans Center_, Defendant(s)

Case No. _CIV 19 - 377 - RAW_
(To be supplied by the Clerk)

**COMPLAINT**

A.  **PARTIES**

1) _Rodney Hughes_ is a citizen of _Oklahoma_
   (Plaintiff)                                   (State)

   who presently resides at _348 Evergreen   Mead, OK 73449_
                          (mailing address, if different from residence)

2) Defendant _Oklahoma Veterans Center_ is a citizen of
              (Name of first defendant)
   _Ardmore, OK_____, and is employed
   (City, State)
   as _____.
      (Position and title, if any)

3) Defendant _____ is a citizen of
              (Name of second defendant)
   _____, and is employed
   (City, State)
   as _____.
      (Position and title, if any)

*[You may attach additional pages (8½" x 11") to furnish the above information for additional defendants.]*

1                                                                    (05/05)

**B.  JURISDICTION**

1)   Jurisdiction is asserted pursuant to _____

_____

**C.  NATURE OF CASE**

1)   Briefly state the background of your case. medical mal-
pratice / genital mutilation

**D.  CAUSE OF ACTION**

I allege the following:

1. Mr. Hughes, Walter on 10-8-19, was rubbing his private area, when I looked, his genitals were removed. this was mutilation of my father

Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

Mary hospice was called in Carmen Cheadry and Gail Jackson Miss Cherry seen it and so did Jennifer Green

2. _____

Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

3. _____

Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

*[If necessary, you may attach additional pages (8½" x 11") to explain any allegation or to list additional supporting facts in the same format as above.]*

E.   **REQUEST FOR RELIEF**

I believe that I am entitled to the following relief: 4 million for the family / pain + suffering / written apology from the V.A. and new laws to prevent genital mutilation of any other vets.

_____
Original Signature of Plaintiff

Current Address: 348 Evergreen
Mead, OK 73449

Telephone: 580-745-4168